

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00304-CV

| | | |
|---|---|---|
| Barry Nussbaum | § | From the 236th District Court |
| | § | of Tarrant County (236-265485-13) |
| v. | § | October 1, 2015 |
| Builders Bank, an Illinois Banking Corporation | § | Opinion by Justice Walker |

## JUDGMENT ON REHEARING

This court has again considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that appellee Builders Bank, an Illinois Banking Corporation, shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Sue Walker_____
   Justice Sue Walker